IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

MARCIA J. ROBESON,

No. 6:16-cv-00557-JR
ORDER

Plaintiff,

vs.

SELCO GROUP INC.; SELCO
COMMUNITY CREDIT UNION; and TED
RUBIN,

Defendants.

AIKEN, Judge:

On February 22, 2017, Magistrate Judge Russo filed Findings and Recommendation ("F&R") recommending this Court grant defendants' motion for summary judgment. The F&R is now before me pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72. I review *de novo* those portions of the F&R to which objection is made. 28 U.S.C. § 636(b)(1)(C); *accord* Fed. R. Civ. P. 72(b)(3); *Holder v. Holder*, 392 F.3d 1009, 1022 (9th Cir. 2004).

1 - ORDER

Following a *de novo* review, I find no error.  I ADOPT Judge Russo's F&R (doc. 34).

Defendants' Motion for Summary Judgment (doc. 19) is GRANTED.

IT IS SO ORDERED.
Dated this 3rd day of May 2007.

_____
Ann Aiken
United States District Judge

2 - ORDER